PETER D. KEISLER
Assistant Attorney General
DEBRA W. YANG
United States Attorney
ELIZABETH J. SHAPIRO
Assistant Director
SUSAN K. ULLMAN
Senior Counsel
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW – Rm. 7146
Washington, DC 20001
Telephone: (202) 616-0680
Facsimile: (202) 616-8470
Susan.Ullman@usdoj.gov

Attorneys for Defendants

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority
Send
Enter
JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

LOS ANGELES TIMES COMMUNICATIONS LLC,

   Plaintiff,

   v.

UNITED STATES DEPARTMENT OF LABOR; OFFICE OF THE SECRETARY OF LABOR; OFFICE OF THE SOLICITOR OF LABOR; EMPLOYMENT STANDARDS ADMINISTRATION; OFFICE OF WORKERS' COMPENSATION PROGRAMS; DIVISION OF LONGSHORE AND HARBOR WORKERS' COMPENSATION PROGRAM; and DOES 1-10 inclusive,

   Defendants.

Case No. CV 06-1864 AG (CTx)

[~~PROPOSED~~] JUDGMENT

Judge: The Hon. Andrew J. Guilford

On March 31, 2007, this Court entered its Order granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

50

1  DECREED:

2      That Judgment is entered in favor of DEFENDANTS.

3      THE CLERK SHALL ENTER FINAL JUDGMENT IN FAVOR OF

4  DEFENDANTS.

5      **IT IS SO ORDERED**.

7  DATED: April 16, 2007

_____
HON. ANDREW J. GUILFORD
United States District Judge

Presented on April 11, 2007 by:

PETER D. KEISLER
Assistant Attorney General

DEBRA W. YANG
United States Attorney
Central District of California

ELIZABETH J. SHAPIRO
Assistant Director

_____
SUSAN K. ULLMAN
Senior Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

*Attorneys for Defendants*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing [Proposed] Judgment was served by overnight mail this 11th day of April, 2007 on:

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ALONZO WICKERS IV
KAREN A. HENRY
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566

LOS ANGELES TIMES COMMUNICATIONS LLC
KARLENE W. GOLLER
202 West First Street
Los Angeles, California 90012

_____
Susan K. Ullman